AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
SEP 13 11:33 AM '05

DISTRICT OF NEVADA

UNITED STATES OF AMERICA
v.
MICHAEL BAUER

U.S. [...] 2006 DEC 21 A 7:41
BY _____

## WARRANT FOR ARREST

CASE NUMBER: MJ-S-05-0733-RJJ-RJJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MICHAEL BAUER
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)
BURGLARY

in violation of
Title    18    United States Code, Section(s)    13 / NRS 205.060

**UNITED STATES MAGISTRATE JUDGE**

Name of Issuing Officer
Robert J. Johnston
Signature of Issuing Officer

Title of Issuing Officer
Sept 13, 2005
Date and Location

**DISTRICT OF NEVADA-LAS VEGAS**

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at NSP-Indian Springs

DATE RECEIVED
9/15/05

DATE OF ARREST
12/17/06

NAME AND TITLE OF ARRESTING OFFICER
Greg Dewey, SDUSM
for: NPS

SIGNATURE OF ARRESTING OFFICER
Greg Dewey

This form was electronically produced by Elite Federal Forms, Inc.